# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **LEAGUE OF UNITED LATIN AMERICAN CITIZENS**, *et al.*, | § § § § | |
| *Plaintiffs*, | § | |
| **v.** | § § | **EP-21-CV-00259-DCG-JES-JVB** |
| **GREG ABBOTT**, *in his official capacity as Governor of the State of Texas*, *et al.*, | § § § | **[Lead Case]** |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| **DAMON JAMES WILSON**, *for himself and on behalf of all others similarly situated*, | § § § | |
| *Plaintiffs*, | § | **Case No. 1:21-CV-00943-RP-JES-JVB** |
| **v.** | § § | **[Consolidated Case]** |
| **STATE OF TEXAS**, *et al.*, | § § | |
| *Defendants*. | § § § | |

## FINAL JUDGMENT
### IN CASE NO. 1:21-CV-00943-RP-JES-JVB

In accordance with the Court's "Order Dismissing Complaint" (ECF No. 63) and "Order Denying Leave to Amend and Dismissing Action" (ECF No. 187) issued this date in Lead Case No. EP-21-CV-00259-DCG-JES-JVB, the Court enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of the action styled as *Wilson v. State of Texas, et al.*, Case No. 1:21-CV-00943-RP-JES-JVB, in its entirety. There being no just reason for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Plaintiff Damon Wilson's claims against Defendants State of

Texas, Greg Abbott, Dade Phelan, Dan Patrick, and Jose A. Esparza asserted in Case No. 1:21-CV-00943-RP-JES-JVB are **DISMISSED WITHOUT PREJUDICE**.

　　**IT IS FURTHER ORDERED** that the District Clerk **SHALL DOCKET** this Final Judgment both in Case No. EP-21-CV-00259-DCG-JES-JVB and Case No. 1:21-CV-00943-RP-JES-JVB.

　　**IT IS FINALLY ORDERED** that the District Clerk **SHALL CLOSE** Case No. 1:21-CV-00943-RP-JES-JVB.

　　**So ORDERED and SIGNED on this  8th  day of February 2022.**

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**

*And on behalf of:*

| | | |
|---|---|---|
| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |